KARL HALL
Reno City Attorney
MARK HUGHS
Nevada Bar #5375
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for Officer*
*Terry West*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JUSTIN K. FLEMING,

          Plaintiff,

     vs.

RENO POLICE OFFICER WEST

         Defendants.

Case No.: 3:16-CV-00117-MMD-WGC

/

## ORDER ON
## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff JUSTIN FLEMING, by and through his attorney Terri Keyser-Cooper, and the

Defendant Terry West, by and through his Attorneys Karl Hall, Reno City Attorney, and Mark

A. Hughs, Deputy Reno City Attorney, stipulate to dismiss the above entitled action with

//
//
//
//
//
//
//
//
//
//

1  prejudice.  Each party to pay their own attorney fees and costs.

2

3  DATED this _25_ day of May, 2016.          DATED this _25_ day of May, 2016.

4  KARL HALL
   Reno City Attorney

5

6  By: _____                _____
   MARK A. HUGHS                                TERRI KEYSER-COOPER
7  Deputy City Attorney                         Nevada Bar #3984
   Nevada Bar #5375                             3590 Barrymore Drive
8  Post Office Box 1900                         Reno, NV 89512
   Reno, Nevada  89505                          *Attorney for Justin Fleming*
9  (775) 334-2050
   *Attorneys for Terry West*

10

11

12                        **ORDER**

13       IT IS SO ORDERED.

          DATED THIS 26th day of May 2016.
14

15

16                        _____

17                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28